FILED BY_____D.C.

MAR 29 2021

ANGELA E. NOBLE
CLERK U.S. DIST. CT.
S. D. OF FLA. - MIAMI

IN THE UNITED STATES DISTRICT COURT FOR
THE SOUTHERN DISTRICT OF MIAMI
MIAMI DIVISION

| | | |
|---|---|---|
| EDGINA T. HENDRIX SMITH | ) | JURY TRIAL DEMANDED |
| Plaintiff, Pro se | ) | CIVIL ACTION |
| vs | ) | FILE NO.: |
| | ) | |
| PRA RECEIVABLES, | ) | |
| et. al. | ) | |
| Defendants. | ) | |

## COMPLAINT FOR DAMAGES

COMES NOW, Plaintiff Edgina T. Hendrix Smith, and files this Complaint for Damages against PRA Receivables and Santander and shows as follows:

## GENERAL ALLEGATIONS

This is a Civil Action for Breach of Contract, Perjury, and Intentional Infliction of Emotional Distress. Plaintiff is requesting a judgment in the amount of $50,000.00 (fifty thousand dollars). Venue for this action is properly laid in the Southern Federal District Court located in Miami-Dade County, City of Miami, State of Florida where Plaintiff resides part-time.

a. The causes of action alleged in this Complaint accrued in Miami-Dade County, Florida;

b. Plaintiff is a resident of Miami-Dade County, Florida;

c. Defendant has a principal business address in Miami Dade County, Florida

d. All conditions precedent to this action has been performed or have occurred in Miami-Dade County, Georgia.

1

1) At all times material hereto, Edgina T. Hendrix Smith (hereinafter Plaintiff) was compliant and allowed a reasonable amount of time for Defendant to honor his agreement.

2) At all times material hereto, PRA Receivables and Santander agreed to return the title to my vehicle back upon signing agreement.

3) Vehicle was repossessed in the state of Florida at residence while Plaintiff was hospitalized back in 2009 at Baptist Hospital which resulted in the death of her baby, however, all repossession fees were paid and vehicle was retrieved upon being released from Miami Dade Baptist Hospital in Miami-Dade County, Florida.

4) Pursuant to Federal Trade Commission Act (15 USC 45), unfair or deceptive acts of practices are illegal in affecting commerce. This prohibition applies to all persons engaged in commerce, including banking. The legal standards for unfairness and deception are independent of each other.

5) Breach or violation of required contract terms states that non-breaking party in breach of contract case is entitled to recover "all damages that arise naturally and normally from the breach of contract."

6) Perjury is defined as a person to whom a lawful oath or affirmation has been administered commits the offense of perjury when, in a judicial proceeding, he knowingly and willfully makes false statements material to the issue or point in question.

## BACKGROUND

7) On or around June 2020, Defendant agreed to return Plaintiff's car title to a 2002 Land Rover Discovery II after Plaintiff attempted to have vehicle registered and was informed

by DMV staff that car was registered under another name and in another state. Upon investigating the matter and contacting police, it was determined by police that some kind of fraudulent activity occurred as it relates to car title theft. Furthermore, the Defendant sent a contract, and Plaintiff signed the contract and had it notarized while visiting my home located in Snellville, Georgia. (Please see signed contract and police report enclosed). In the agreement, PRA Receivable agreed to return the car title to me over close to a year ago, but has failed to honor their agreement. Plaintiff is alleging that Defendant is guilty of breach of contract.

## COUNT I-BREACH OF CONTRACT

8) Plaintiff is alleging that a contract was signed on or around June 4th, 2020 and was notarized by a Certified Notary who possesses a valid and legal license. The contract was signed and mailed back to Defendant immediately. The Defendant has failed to comply with the written agreement, which has resulted in Plaintiff having to file a Civil Complaint against Defendant.

## COUNT II
## CRIMINAL PERJURY

9) The Plaintiff is accusing the Defendant of willfully committing perjury to the Plaintiff and lying about the contract as well as returning my car title.

## COUNT III-DEFAMATION OF CHARACTER

The term "Defamation" means any action or other proceeding for defamation, libel, slander, or similar claim alleging that forms of speech are false, have damaged to

reputation or emotional distress, have presented any person in a false light, or have resulted in criticism, dishonor, or condemnation of any person. According to the Defendant, the accusation of Plaintiff accusing Defendant of breach of contract, perjury, and perjury are untrue, however, it is true. The Plaintiff believes that Defendant is attempting to defame my character by presenting false information to myself and the Court.

## COUNT IV- EMOTIONAL DISTRESS

10) As a direct result of defendant's negligent conduct stated above, plaintiff has suffered specific an inability to driver her 2002 Land Rover for over a year. Plaintiff has also wasted money on car insurance, notary expenses, wasted time, research, contacting police and DMW and other emotional distress including not being able to use transportation during Pandemic. The 2002 Land Rover Discovery II is currently in my possession yet registered in the state of Arkansas, which suggest foul play and altering a vehicle identification number.

11) Plaintiff alleges that PRA Receivables and Santander are guilty of breaching a legal and binding contract, unfair and deceptive business practices, guilty of perjury, guilty of defamation, and guilt of.

12) At all times, defendant had a duty to obey the laws prescribed and by failing to do so, acted in a negligent and discriminatory manner.

13) As a direct result of defendant's negligent conduct stated above, plaintiff has suffered specific damages including, but not limited to financial loss, emotional distress, loss time associated with PRA Receivables, and other damages.

WHEREFORE, plaintiff prays for judgment against the defendant as follows:

a. For general damages in excess of $50,000.00 (fifty thousand dollars)

b. For financial loss incurred

c. For cost of suit incurred herein,

d. For pro se fees incurred herein, and

e. For such other and further relief as the Court deems proper.

Dated: March 20th 2021

Respectfully Submitted by:
/s/ *Edgina T Hendrix Smith*
Edgina T. Hendrix Smith
3855 Yosemite Park Lane
Snellville, Georgia 30039
ginahendrix@hotmail.com
(305) 904-7059

## CERTIFICATE OF SERVICE

I hereby certify that on this 20th day of March, 2021, a true and correct copy of the foregoing was mailed via certified mail with the USPS and filed with The United States District Court, Southern District of Miami, Florida and a Copy will be mailed to the Defendant(s).

PRA RECEIVABLES, et. al



To: U.S. District Court Clerk
400 N. Miami Ave
Miami, Florida 33128
ATTN: Cover of Claim of Filings Division

From: Edwin T. Hendrix Smith
15 N.W. 20th St. #3
Miami, Florida 33169